IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 7:15CR00082-D-001 |
| | : | |
| TONY JEROME MURPHY | : | |

## ORDER SEALING DOCUMENT

THE COURT, after considering all matters properly presented, finds that the Defendant has demonstrated a particularized need for the sealing of his Sentencing Memorandum, (Doc. 32) and that his motion to seal said document should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion to Seal, (Doc. 33), is GRANTED and the Defendant's Sentencing Memorandum, (Doc. 32), is hereby sealed.

2/23/16
Date

JAMES C. DEVER III
Chief United States District Judge